January 13, 2015

## Judge Nina Gershon, U.S.D.J.
### CRIMINAL CAUSE FOR VIOLATION OF SUPERVISED RELEASE

### 05-cr-248 (NG)(RLM)

DEFT NAME: **Michael S. Smiddy**
☒ present ☐ not present ☐ custody ☒ bail

DEFENSE COUNSEL: **Michael Weil**
☒ present ☐ not present ☐ Appointed ☐ Retained ☒ Federal Defender

A.U.S.A.: **Craig R. Heeren (718) 254-6467** USPO: **Elizabeth Weiburg**

Clerk: **Victor Joe** Court reporter: **Gene Rudolph**

☒ CASE CALLED. ☒ DEFT APPEAR WITH COUNSEL.
☐ COUNSEL PRESENT WITHOUT DEFT(S)_____.
☐ REVOCATION HRG ADJ'D TO_____
☒ REVOCATION HRG HELD. ☐ HRG CONT'D TO _____.

☒ DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF :
☐ GUILTY _____
☒ NOT GUILTY TO CHARGES OF VIOLATION.

☐ COURT FINDS DEFT ☐ GUILTY ☐ NOT GUILTY.
☐ JUDGMENT REVOKING TERMS & CONDITIONS OF PROB./S.R.

☐ SENTENCING SET FOR_____
☐ SENTENCING HELD.
☐ DEFT REMANDED TO CUSTODY OF U.S. MARSHAL.

**Notes**: All parties present. First appearance on the violation of supervised release held. Defendant attest to his inability to afford an attorney. The court appoints Michael Weil, Esq. from the Federal Defenders office to represent him on the violation. Parties request for more time. The next status hearing is scheduled for March 9, 2015 at 11:00 a.m..

45 M