

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH  
F. #2014R02100

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 5, 2015

<u>By Email and ECF</u>

The Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Michael S. Smiddy
           <u>Criminal Docket No. 05-248 (NG)</u>

Dear Judge Gershon:

      The government submits this letter to request an adjournment of the status conference, currently scheduled for Monday, February 9 at 11:00 AM. This is the government's first request for an adjournment. The government respectfully requests that the hearing be rescheduled to **Tuesday, March 10 at 10:30 or 11:00 AM**. I have spoken to counsel for the defendant, who does not object to an adjournment and confirmed that he is available on the requested date.

      Very truly yours,

      LORETTA E. LYNCH
      United States Attorney

By:   /s/Craig R. Heeren
      Craig R. Heeren
      Assistant U.S. Attorney
      (718) 254-6467